COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

                                        NO.
2-06-284-CV

 

LARRY R. TAYLOR                                                              APPELLANT

 

                                                   V.

 

MICHAEL S. NEWMAN                                                            APPELLEE

 

                                              ------------

 

            FROM
THE 17TH DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------

Appellant Larry R. Taylor
appeals from the trial court=s interlocutory order ordering appellant to prepay trial costs and to
replead.  The order is not an appealable
interlocutory order.  See Tex. Civ. Prac. & Rem. Code Ann. ' 51.014 (Vernon Supp. 2006). 
Accordingly, we dismiss the appeal for want of jurisdiction.  See Tex.
R. App. P. 42.3(a), 43.2(f); Stary v. DeBord, 967 S.W.2d 352, 352‑53
(Tex. 1998). 

PER CURIAM

PANEL D:   LIVINGSTON, DAUPHINOT,
and HOLMAN, JJ.








DELIVERED: September 21, 2006











[1]See Tex.
R. App. P. 47.4.